1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8  CARRIE SUZANNE WUERFEL and
   JOHN ANDREW WUERFEL,

9

10              Plaintiffs,                    CASE NO. C03-3660JLR

11       v.                                    MINUTE ORDER

12  THE CITY OF SEATTLE, et al.,

13              Defendants.

14

15

16      The following minute order is made by the direction of the court, the Honorable

17  James L. Robart:

18      The court GRANTS Plaintiff's motion (Dkt. # 53) for a three-day extension of the

19  deadline to file dispositive motions.

20      Filed and entered this 28th day of November, 2005.

21

22                                          BRUCE RIFKIN, Clerk

23                                                  s/Mary Duett
                                            By
24                                                  Deputy Clerk

25

26

27

28

MINUTE ORDER